IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EVELYN M. STEPHENS, as Executrix under the Last Will and Testament of J. C. Hyde, | :<br>:<br>:<br>: |
| Plaintiff, | :  CIVIL ACTION NO.<br>:  1:05-CV-1366-RWS |
| v. | :<br>: |
| THE TRUST FOR PUBLIC LAND, a California non-profit corporation, | :<br>:<br>:<br>: |
| Defendant. | : |

**ORDER**

This case is before the Court for consideration of Plaintiff's Motion for Reconsideration [250]. A motion for reconsideration should not be used to reiterate arguments that have been made previously, but "should be reserved for certain limited situations, namely the discovery of new evidence, an intervening development or change in the law, or the need to correct a clear error or prevent a manifest injustice." <u>Deerskin Trading Post, Inc. v. United Parcel Serv. of Am., Inc.</u>, 972 F. Supp. 665, 674 (N.D. Ga. 1997). Moreover, a motion for reconsideration may not be used to offer new legal theories or evidence that could have been presented in a previously filed motion or response, unless a

AO 72A
(Rev.8/82)

reason is given for failing to raise the issue at an earlier stage in the litigation. Escareno v. Noltina Crucible & Refractory Corp., 172 F.R.D. 517, 519 (N.D. Ga. 1994) (citing O'Neal v. Kennamer, 958 F.2d 1044, 1047 (11th Cir. 1992)).

The Court finds that Plaintiff has failed to state a valid basis for reconsideration of its previous Order.  Therefore, the Motion for Reconsideration [250] is hereby **DENIED**.

**SO ORDERED**, this   17th    day of October, 2007.


_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE